# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
### Eastern DIVISION

FILED

Michael Daugherty

(Enter above the full name of the Plaintiff[s] in this action.)

- vs -

Steak N Shake

Case No. _____
(To be assigned by Clerk of District Court)

Jury Trial

(Enter above the full name of ALL Defendant[s] in this action. Fed. R. Civ. P. 10(a) requires that the caption of the complaint include the names of all the parties. Merely listing one party and "et al." is insufficient. Please attach additional sheets if necessary.

## COMPLAINT

I. State the grounds for filing this case in Federal Court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

ADA Title III Public Accomodations Americans With Disabilities Act of 1990 42 U.S.C. §§ 12101 Seq.
Title 2 of Civil Rights Act of 1964 (Public Accomodations) Section 204(a)(c), Section 206(a)(2)(3), Section 207(b) Section 201(a), 201(d)(1)(2)(3) Section 202; Section 203(a)(b)

II. Plaintiff, __Michael D_____ resides at

__5779 Riverview Blvd__, __St. Louis__, __City__,
street address                                city                  county

__Mo.__, __63147__, __(314)504-1784__.
state     zip code    telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)

III. Defendant, __Steak N Shake__ lives at, or its business is located at

__10459 Page Ave__, __St Louis__, __County__,
street address                         city                 county

__Mo.__, __63132__.
state      zip code

(if more than one defendant, provide the same information for each defendant below)

2

IV. Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. You must state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

Three of my friends and I whom are all disabled went to Steak N Shake for breakfast. We are all African American one of us has a motorized wheelchair the rest of us use a cane.

We all met at Steak N Shake at about 10 minute intervals. The person in the wheelchair arrived first with one other Person, I arrived 10 minutes later and one more arrived 10 minutes after that.

No one ever came to wait on us or bring us a menu, water, or anything. Two White gentlemen came in seperately in between our visit and both recieved full service.

We attempted to get the waitresses attention but we were completely ignored. There were only 6 patrons in the resturant, the two White gentlemen and my group of 4 disabled African Americans who are also all retired. This act was hurtful and embarassing to be refused service under these conditions

3

V. Relief: State briefly and exactly what you want the Court to do for you.

> I would like the Court to give me the chance to bring this discrimination before its court, with the hopes that no one else would have to suffer the pain and heartache we experienced for being African American + Disabled.

VI. **MONEY DAMAGES:**

    **A)** Do you claim either actual or punitive monetary damages for the acts alleged in this complaint?

        YES [✓]     NO [ ]

    **B)** If your answer to "A" is YES, state below the amount claimed and the reason or reasons you believe you are entitled to recover such money damages:

> $150,000. This is a small price to pay for what we experienced. My disability is forever and my race will never change. We were refused service based on these facts.

VII. Do you maintain that the wrongs alleged in the complaint are continuing to occur at the present time?

    YES [✓]     NO [ ]

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 27 day of January, 2014

_____
Signature of Plaintiff(s)

4